37960, 37961. FOUNTAIN v. LAKE LUCK CIVIC CLUB, INC. et al. (two cases).

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

DECIDED NOVEMBER 19, 1981.

*John R. Thompson, Charles B. Merrill, Jr.,* for appellant.
*Robert S. Reeves, William H. McWhorter, Jr.,* for appellees.